```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TEXAS

10 RING PRECISION, INC.          )
                                 )
        Plaintiff                )
                                 )
   v.                            )    No. 5:11-cv-00663-XR
                                 )
KENNETH MELSON                   )
                                 )
        Defendant                )
```

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, FOR A STAY OF PROCEEDINGS**

Defendant asserts that Plaintiff's counsel "indicated an intent to move for preliminary injunction in each [of three cases] within the same week." Def. Mot. 2. In fact, Plaintiff's counsel informed Defendant's counsel that he would be moving for a preliminary injunction within 5-7 days of Monday, August 22, 2011 in the case in the District of Columbia and that he would notify Defendant's counsel when he intended to file a motion for preliminary injunction in the instant case. There is thus no reason at this time to reconsider the court's granting of an extension of time to respond to Defendant's motion to transfer venue. Moreover, Plaintiff does not object to this court staying consideration of (but not staying the filing of) a motion for preliminary injunction until the court rules on the pending motion to transfer.

Respectfully submitted,

10 RING PRECISION, INC.
By Counsel

-1-

```
                         /s/Allen Halbrook
                         Allen Halbrook
                         State Bar No. 08721300
                         Sneed, Vine & Perry, P.C.
                         901 Congress Avenue
                         Austin, Texas 78701
                         (512) 476-6955
                         (512) 476-1825 (facsimile)
                         ahalbrook@sneedvine.com


                         /s/Richard E. Gardiner
                         Richard E. Gardiner
                         (pro hac vice motion pending)
                         Virginia Bar # 19114
                         Suite 403
                         3925 Chain Bridge Road
                         Fairfax, VA  22030
                         (703) 352-7276
                         (703) 359-0938 (fax)
                         regardiner@cox.net
```

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that the foregoing PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, FOR A STAY OF PROCEEDINGS was filed electronically through the CM/ECF system, which caused Daniel Riess, Trial Attorney, to be served by electronic means this 19th day of August, 2011.

                                        <u>/s/Allen Halbrook</u>
                                        Allen Halbrook