**United States District Court**
**Western District of Texas**
**San Antonio Division**

William G. Putnicki
Clerk of Court

655 E. Cesar E. Chavez Blvd., G-65
San Antonio, TX 78206
(210) 472-6550

*SEPTEMBER 6, 2012*

**James Vogt**
Swanson Martin & Bell LLP
330 N. Wabash Ave., Suite 3300
Chicago, IL 60611

**RE:  SA-11-CV-663-H     10 Ring Precision, Inc., et al. v. B. Todd Jones, et al.    USCA# 12-50742**

In connection with this appeal, the following documents are being transmitted to you for the preparation of your appellate brief. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

[ ]   Record on appeal consisting of ___ Vol.'s District Court **ELECTRONIC** Records

[ ]   TRANSCRIPTS **ELECTRONIC** Vol(s) ___

[ ]   Record on appeal consisting of ___ Vol.'s District Court **ORIGINAL** Records

[ ]   TRANSCRIPTS **ORIGINAL** Vol(s) ___

[XXX] SUPPLEMENTAL RECORD   **1 BINDER - CERTIFIED ADMINISTRATIVE RECORDS, SUBMITTED BY ATTORNEY DANIEL RIESS**

[ ]   Document(s) EXHIBITS ___

[ ]   Record(s) SEAL __0__

[ ]   State Court Papers __0__

When you have completed your use of this appellate record, please follow any instructions provided by the Fifth Circuit in their transmittal letter to you or contact their office at:

Lyle W. Cayce III, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

Sincerely,

*Diana Garcia*
Diana Garcia
Deputy Clerk

**I hereby acknowledge receipt of the above-referenced appellate record.**

Name: _____          Date: _____

Address: _____

Telephone Number: _____


From: (312) 222-8517  
Diana T. Garcia  
US District Clerks Office  
655 E. Cesar E. Chavez Blvd.  
San Antonio, TX 78206

Origin ID: SVZA



Ship Date: 06SEP12  
ActWgt: 5.0 LB  
CAD: 5416459/INET3300

Delivery Address Bar Code

J122012071603254

SHIP TO: (312) 222-8517          BILL SENDER  
**James Vogts**  
**Swanson Martin & Bell LLP**  
**330 N WABASH AVE**  
**STE 3300**  
**CHICAGO, IL 60611**

Ref #      01067-0003  
Invoice #  
PO #  
Dept #



TRK# 7988 9732 0194  
0201

FRI - 07 SEP  A1  
PRIORITY OVERNIGHT

**AC CHIA**

60611  
IL-US  
ORD

515G1/OD3A/AA44

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.